*John W. Packel,* Assistant Defender, with him *Vincent J. Ziccardi,* Defender, for appellant.

*Milton M. Stein,* Assistant District Attorney, with him *Romer Holleran,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 28, 1971:
The order granting allocatur in the above case is hereby vacated as improvidently granted.
Mr. Justice ROBERTS took no part in the consideration or decision of this case.

## Commonwealth *v.* Jordan, Appellant.

Argued April 30, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

569

*Robert H. Arronson,* for appellant.

*Martin H. Belsky,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 28, 1971:
Judgment of sentence affirmed.

O'Brien, Appellant, *v.* O'Brien Steel Construction Company et al.

Argued March 19, 1971.   Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Frank C. Carroll,* with him *McIlvaine, Murphy, Carroll & Phillips,* for appellant.